# United States District Court
## Western District of North Carolina
## Bryson City Division

| | | |
|---|---|---|
| SHIRLEY A. CLORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00023-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2014 Order.

January 27, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court